UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEENIE MARSOOBIAN; BRYAN A. MARSOOBIAN; and JULIE MARSOOBIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY; MCQUEEN KALLIGAN INSURANCE SERVICES, INC.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | No. 1:16-cv-01090-DAD-EPG<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 7) |

On August 23, 2016, plaintiffs filed a notice of voluntary dismissal of their complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 7.)  No responsive pleading has yet been filed in this action.  Therefore, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed by plaintiffs without prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **August 24, 2016**                   /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE

1